| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br>Michael T Laux<br>Denise M. Laux<br><br>Debtors | Case No.: 23-13122-CMG<br><br>Adversary No.: _____<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Millbrook Manor Condo Assoc.
(Example: John Smith, creditor)

Old address:  Millbrook Manor Condo Assoc.
2 SawmillRoad
Brick, NJ 08724

New address:  Millbrook Manor Condo Assoc.
1820 Lanes Mill Road
Brick, NJ 08724

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 6/6/2023          /s/ Christopher G. Cassie
                        Signature

*rev.8/1/2021*