UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Nationstar Mortgage, LLC

In Re:

Denise Laux & Michael T. Laux,

Debtor.

Case No.:      23-13122-CMG

Chapter:      13

Hearing Date:      7/5/2023

Judge:      Gravelle

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled          ☐  Withdrawn

Matter:  Secured Creditor's Objection to Confirmation (Docket # 14)

_____

Date:  6/30/2023

/s/ Denise Carlon
Signature

*rev.8/1/15*