Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  23−13122−CMG
                    Chapter:  13
                    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Michael T Laux                                               Denise M. Laux
  36 Creek Road                                              aka Denise M. Raspatello
  Brick, NJ 08724                                           36 Creek Road
                                                                 Brick, NJ 08724

Social Security No.:
  xxx−xx−0599                                               xxx−xx−4980

Employer's Tax I.D. No.:

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Christopher G Cassis on behalf of the debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on July 3, 2023.

Millbrook Manor Condominium Association, Inc
Millbrook Manor Condominium Association, Inc


Dated: July 5, 2023
JAN: mrg

                                                                                                                       Jeanne Naughton
                                                                                                                       Clerk