Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 23−13122−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael T Laux | Denise M. Laux |
| 36 Creek Road | aka Denise M. Raspatello |
| Brick, NJ 08724 | 36 Creek Road |
| | Brick, NJ 08724 |

Social Security No.:
  xxx−xx−0599                                xxx−xx−4980

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 7, 2023.

Dated: July 7, 2023
JAN: bwj

                                                   Jeanne Naughton
                                                   Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Michael T Laux  
Denise M. Laux  
    Debtors

Case No. 23-13122-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 07, 2023 | Form ID: plncf13 | Total Noticed: 25 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael T Laux, Denise M. Laux, 36 Creek Road, Brick, NJ 08724-3302 |
| 519890887 | | Jersey Shore University Medical Center, 1945 NJ-33, Neptune, NJ 07753 |
| 519890883 | + | Mariner Finance, 6825 Tilton Road, Egg Harbor Township, NJ 08234-4408 |
| 519890888 | + | Millbrook Manor Condo Assoc., 1820 Lanes Mill Road, Brick, NJ 08724-1483 |
| 519962224 | + | Millbrook Manor Condominium Association, Inc., PO Box 1669, Brick, NJ 08723-1063 |
| 519890891 | + | Nancy A. Cifalino, Esq., Celentano, Stadmauer & Walentowicz, LLP, 1035 Route 46 East, Suite B208, Clifton, NJ 07013-2469 |
| 519940369 | + | Ocean Medical Center, c/o Celentano, Stadtmauer & Walentowicz,, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 519940384 | + | Ocean Medical Center, c/o Celentano, Stadtmauer & Walentowicz,, 1035 Route 46 East, P.O. Box 2594, Clinton, NJ 07015-2594 |
| 519890893 | + | Preferred Behavior Health, 700 Airport Road, Po Box 2036, Lakewood, NJ 08701-8036 |
| 519906316 | + | Preferred Behavioral Health Group, POB 2036, Lakewood, NJ 08701-8036 |
| 519890894 | + | Raritan Bay Fcu, 495 Raritan St, Sayreville, NJ 08872-1466 |
| 519890896 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519940271 | + | c/o Celentano, Stadmauer & Walentowicz, LLP, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015-2594 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 07 2023 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 07 2023 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519890884 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 07 2023 20:52:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519890885 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 07 2023 20:58:21 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 519890886 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 07 2023 20:52:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519890890 | | Email/Text: ml-ebn@missionlane.com | Jul 07 2023 20:51:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 519954261 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 07 2023 20:52:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 519890892 | + | Email/Text: OMCbankruptcy@hackensackmeridian.org | Jul 07 2023 20:53:00 | Ocean Medical Center, 425 Jack Martin Blvd, Brick, NJ 08724-7732 |
| 519890895 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 07 2023 20:52:00 | RightPath Servicing, Po Box 60516, City of Industry, CA 91716-0516 |
| 519890897 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 07 2023 20:59:20 | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519890898 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 07 2023 20:59:01 | 84130-0285<br>Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 519890899 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 07 2023 20:57:28 | Wffnatbank, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519890889 | *+ | Millbrook Manor Condo Assoc., 1820 Lanes Mill Road, Brick, NJ 08724-1483 |
| 519940272 | *+ | c/o Celentano, Stadtmauer & Walentowicz, LLP, 1035 Route 46 East P.O. Box 2594, Clifton, NJ 07015-2594 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Christopher G. Cassie | on behalf of Joint Debtor Denise M. Laux ccassie@keaveneylegalgroup.com atruss@keaveneylegalgroup.com |
| Christopher G. Cassie | on behalf of Debtor Michael T Laux ccassie@keaveneylegalgroup.com atruss@keaveneylegalgroup.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5