| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-13122 / CMG**

Michael T Laux
Denise M. Laux

Petition Filed Date: 04/14/2023
341 Hearing Date: 05/18/2023
Confirmation Date: 07/05/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/27/2023 | $1,070.00 | | 05/31/2023 | $1,070.00 | | 06/28/2023 | $1,070.00 | |
| 08/01/2023 | $1,108.00 | | 08/30/2023 | $1,108.00 | | 10/03/2023 | $1,108.00 | |
| 11/02/2023 | $1,108.00 | | 12/04/2023 | $1,108.00 | | 01/03/2024 | $1,108.00 | |

**Total Receipts for the Period:  $9,858.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $9,858.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael T Laux | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Christopher G. Cassie, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,200.00 | $3,200.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2021 | Priority Creditors | $85.84 | $0.00 | $85.84 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $486.71 | $0.00 | $486.71 |
| 3 | PREFERRED BEHAVIORAL HEALTH GROUP | Unsecured Creditors | $1,633.25 | $0.00 | $1,633.25 |
| 4 | JERSEY SHORE UNIV MEDICAL CENTER | Unsecured Creditors | $1,143.52 | $0.00 | $1,143.52 |
| 5 | OCEAN MEDICAL CENTER | Unsecured Creditors | $7,458.90 | $0.00 | $7,458.90 |
| 6 | Nationstar Mortgage LLC<br>»» P/36 CREEK RD/1ST MTG/ORDER 7/7/23 | Mortgage Arrears | $48,429.84 | $3,318.41 | $45,111.43 |
| 7 | Millbrook Manor Condominium Assoc.<br>»» 36 CREEK RD/ASSOC DUES/DJ-975-21 | Secured Creditors | $3,307.94 | $226.66 | $3,081.28 |
| 8 | Millbrook Manor Condominium Assoc.<br>»» 36 CREEK RD/ASSOC DUES/DJ-158366-19 | Secured Creditors | $4,704.32 | $322.33 | $4,381.99 |

**Chapter 13 Case No. 23-13122 / CMG**

### SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $9,858.00 | Plan Balance: | $56,508.00 ** |
| Paid to Claims: | $7,067.40 | Current Monthly Payment: | $1,108.00 |
| Paid to Trustee: | $758.52 | Arrearages: | $0.00 |
| Funds on Hand: | $2,032.08 | Total Plan Base: | $66,366.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.