Office Mailing Address:  
Albert Russo, Trustee  
PO Box 4853  
Trenton, NJ 08650-4853

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024  
**Chapter 13 Case No. 23-13122 / CMG**

Michael T Laux  
Denise M. Laux

Petition Filed Date: 04/14/2023  
341 Hearing Date: 05/18/2023  
Confirmation Date: 07/05/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2024 | $1,108.00 | | 02/01/2024 | $1,108.00 | | 03/04/2024 | $1,109.00 | |
| 04/02/2024 | $1,109.00 | | 05/02/2024 | $1,109.00 | | 06/03/2024 | $1,109.00 | |
| 07/03/2024 | $1,109.00 | | 08/05/2024 | $1,109.00 | | 09/04/2024 | $1,109.00 | |
| 10/03/2024 | $1,109.00 | | 11/05/2024 | $1,109.00 | | 12/04/2024 | $1,109.00 | |

**Total Receipts for the Period: $13,306.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $23,165.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael T Laux | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Christopher G. Cassie, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,200.00 | $3,200.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2021 | Priority Creditors | $85.84 | $0.00 | $85.84 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $486.71 | $0.00 | $486.71 |
| 3 | PREFERRED BEHAVIORAL HEALTH GROUP | Unsecured Creditors | $1,633.25 | $0.00 | $1,633.25 |
| 4 | JERSEY SHORE UNIV MEDICAL CENTER | Unsecured Creditors | $1,143.52 | $0.00 | $1,143.52 |
| 5 | OCEAN MEDICAL CENTER | Unsecured Creditors | $7,458.90 | $0.00 | $7,458.90 |
| 6 | NATIONSTAR MORTGAGE LLC<br>»» P/36 CREEK RD/1ST MTG/ORDER 7/7/23 | Mortgage Arrears | $48,429.84 | $14,000.35 | $34,429.49 |
| 7 | Millbrook Manor Condominium Assoc.<br>»» 36 CREEK RD/ASSOC DUES/DJ-975-21 | Secured Creditors<br>Hold Funds: Notice of Reserve | $3,307.94 | $0.00 | $3,307.94 |
| 8 | Millbrook Manor Condominium Assoc.<br>»» 36 CREEK RD/ASSOC DUES/DJ-158366-19 | Secured Creditors<br>Hold Funds: Notice of Reserve | $4,704.32 | $0.00 | $4,704.32 |

**Chapter 13 Case No. 23-13122 / CMG**

| SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 1/23/2025: | | | |
| Total Receipts: | $23,165.00 | Plan Balance: | $43,201.00 ** |
| Paid to Claims: | $17,200.35 | Current Monthly Payment: | $1,108.00 |
| Paid to Trustee: | $1,618.97 | Arrearages: | ($11.00) |
| Funds on Hand: | $4,345.68 | Total Plan Base: | $66,366.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.