UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

John D. DiCiurcio, Esq.
Keaveney Legal Group, LLC
3747 Church Road
Suite 103
Mount Laurel, NJ 08054
856-930-4545
Email: jdiciurcio@keaveneylegalgroup.com

In Re:

Michael T Laux

Case No.: 23-13122-CMG

Chapter: 13

Adv. No.: _____

Hearing Date: December 17, 2025

Judge: Christine M. Gravelle

## CERTIFICATION OF SERVICE

1. I, _____Amy J. Truss_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _____John D. DiCiurcio_____, who represents _____Michael T Laux_____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____11/19/2025_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Motion to Sell and Notice of Proposed Sale

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 11/19/2025

/s/ Amy J. Truss
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chpater 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise E. Carlon<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>201-549-2377 (fax)<br>dcarlon@kmllawgroup.com | Attorney for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael T Laux<br>36 Creek Road<br>Brick, NJ 08724 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other  email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

Via Regula mail to:

**Barclays Bank Delaware**
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

**c/o Celentano, Stadtmauer & Walentowicz, LLP**
1035 Route 46 East, P.O. Box 2594
Clifton, NJ 07015

**c/o Celentano, Stadtmauer & Walentowicz, LLP**
1035 Route 46 East P.O. Box 2594
Clifton, NJ 07015

**Capital One Auto Finance**
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Jersey Shore University Medical Center**
1945 NJ-33
Neptune, NJ 07753

**Mariner Finance**
6825 Tilton Road
Egg Harbor Township, NJ 08234

**Millbrook Manor Condo Assoc.**
1820 Lanes Mill Road
Brick, NJ 08724

**Millbrook Manor Condo Assoc.**
1820 Lanes Mill Road
Brick, NJ 08724

**Millbrook Manor Condominium Association, Inc.**
PO Box 1669
Brick, NJ 08724

**Mission Lane LLC**
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348

**Nancy A. Cifalino, Esq.**
Celentano, Stadmauer & Walentowicz, LLP
1035 Route 46 East, Suite B208
Clifton, NJ 07015-2594

**Nationstar Mortgage LLC**
C/O Rushmore Servicing
PO Box 619096
Dallas, TX 75261-9741

**Nationstar Mortgage LLC**
C/O Rushmore Servicing
PO Box 619096
Dallas, TX 75261-9741
Nationstar Mortgage LLC
C/O Rushmore Servicing

**Nationstar Mortgage LLC**
Attn: Bankruptcy Department
P.O. Box 619096
Dallas, TX 75261-9741

**Ocean Medical Center**

425 Jack Martin Blvd

Brick, NJ 08724

**Ocean Medical Center**

c/o Celentano, Stadtmauer & Walentowicz,

1035 Route 46 East, P.O. Box 2594

Clinton, NJ 07015

**Ocean Medical Center**

c/o Celentano, Stadtmauer & Walentowicz,

1035 Route 46 East, P.O. Box 2594

Clifton, NJ 07015

**Preferred Behavior Health**

700 Airport Road

Po Box 2036

Lakewood, NJ 08701

**Preferred Behavioral Health Group**

POB 2036

Lakewood, NJ 08701

**Raritan Bay Fcu**

495 Raritan St

Sayreville, NJ 08872

**RightPath Servicing**

Po Box 60516

City of Industry, CA 91716-0516

**State of New Jersey**

Division of Taxation

PO Box 245

Trenton, NJ 08695

**Walmart Credit Services/Capital One**

Attn: Bankruptcy

Po Box 30285

Salt Lake City, UT 84130

**Wells Fargo/Furniture Marketing Group**

Attn: Bankruptcy

Po Box 10438 Mac F8235-02f

Des Moines, IA 50306

**Wffnatbank**

Attn: Bankruptcy

1 Home Campus Mac X2303-01a

Des Moines, IA 50328