UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 23-13122-CMG |
| Michael T Laux | Chapter: | 13 |
| Denise M. Laux | Judge: | Christine M. Gravelle |

## NOTICE OF PROPOSED PRIVATE SALE

_____Michael & Denise Laux_____, _____Debtors_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable _____Christine M. Gravelle_____ on _____December 17, 2025_____ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, _____402 East State StreetTrenton, N.J. 08608_____ . (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| | |
|---|---|
| Description of property to be sold: | 36 Creek Road,
Brick, NJ 08724 |

| |
|---|
| Proposed Purchaser:
    Phase 1 Enterprises, LLC |

| |
|---|
| Sale price:
    $265,000.00 |

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | Tina Frye, Coldwell Banker Realty |
| Amount to be paid: | $7,950.00 |
| Services rendered: | Marketing and listing or property |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:            John D. DiCiurcio, Esq.

Address:        3747 Church Road, Suite 103, Mount Laurel, NJ 08054

Telephone No.: 941-930-4545

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 23-13122-CMG

Michael T Laux                                                                  Chapter 13

Denise M. Laux

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 19, 2025 | Form ID: pdf905 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael T Laux, Denise M. Laux, 36 Creek Road, Brick, NJ 08724-3302 |
| 519890887 | | Jersey Shore University Medical Center, 1945 NJ-33, Neptune, NJ 07753 |
| 519890883 | + | Mariner Finance, 6825 Tilton Road, Egg Harbor Township, NJ 08234-4408 |
| 519890888 | + | Millbrook Manor Condo Assoc., 1820 Lanes Mill Road, Brick, NJ 08724-1483 |
| 519962224 | + | Millbrook Manor Condominium Association, Inc., PO Box 1669, Brick, NJ 08723-1063 |
| 519890891 | + | Nancy A. Cifalino, Esq., Celentano, Stadmauer & Walentowicz, LLP, 1035 Route 46 East, Suite B208, Clifton, NJ 07013-2469 |
| 519890892 | + | Ocean Medical Center, 425 Jack Martin Blvd, Brick, NJ 08724-7732 |
| 519890893 | + | Preferred Behavior Health, 700 Airport Road, Po Box 2036, Lakewood, NJ 08701-8036 |
| 519906316 | + | Preferred Behavioral Health Group, POB 2036, Lakewood, NJ 08701-8036 |
| 519890894 | + | Raritan Bay Fcu, 495 Raritan St, Sayreville, NJ 08872-1466 |
| 519890898 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 19 2025 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 19 2025 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519890884 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 19 2025 20:57:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519890885 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 19 2025 21:13:22 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 519890886 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 19 2025 20:56:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519890890 | | Email/Text: ml-ebn@missionlane.com | Nov 19 2025 20:56:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 519954261 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 19 2025 20:56:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 520204671 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 19 2025 20:56:00 | Nationstar Mortgage LLC, C/O Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 520204672 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 19 2025 20:56:00 | Nationstar Mortgage LLC, C/O Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, C/O Rushmore Servicing |
| 519940369 | + | Email/Text: dlewis@csandw-llp.com | Nov 19 2025 20:57:00 | Ocean Medical Center, c/o Celentano, Stadtmauer & Walentowicz,, 1035 Route 46 East, P.O. Box |

District/off: 0312-3                          User: admin                                    Page 2 of 3

Date Rcvd: Nov 19, 2025                       Form ID: pdf905                               Total Noticed: 27

|  |  |  |  | 2594, Clifton, NJ 07015-2594 |
|---|---|---|---|---|
| 519940384 | + Email/Text: dlewis@csandw-llp.com | | | |
| | | Nov 19 2025 20:57:00 | | Ocean Medical Center, c/o Celentano, Stadtmauer & Walentowicz,, 1035 Route 46 East, P.O. Box 2594, Clinton, NJ 07015-2594 |
| 519890895 | Email/Text: nsm_bk_notices@mrcooper.com | | | |
| | | Nov 19 2025 20:56:00 | | RightPath Servicing, Po Box 60516, City of Industry, CA 91716-0516 |
| 519890896 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | | |
| | | Nov 19 2025 20:56:00 | | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695 |
| 519890897 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | | |
| | | Nov 19 2025 21:01:01 | | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519890899 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | | |
| | | Nov 19 2025 21:02:55 | | Wffnatbank, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 519940271 | + Email/Text: dlewis@csandw-llp.com | | | |
| | | Nov 19 2025 20:57:00 | | c/o Celentano, Stadtmauer & Walentowicz, LLP, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015-2594 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519890889 | *+ | Millbrook Manor Condo Assoc., 1820 Lanes Mill Road, Brick, NJ 08724-1483 |
| 519940272 | *+ | c/o Celentano, Stadtmauer & Walentowicz, LLP, 1035 Route 46 East P.O. Box 2594, Clifton, NJ 07015-2594 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2025                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | |
| | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | |
| | docs@russotrustee.com |
| Denise E. Carlon | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John D. DiCiurcio | |
| | on behalf of Debtor Michael T Laux atruss@keaveneylegalgroup.com;25812@notices.nextchapterbk.com |
| John D. DiCiurcio | |

on behalf of Joint Debtor Denise M. Laux atruss@keaveneylegalgroup.com;25812@notices.nextchapterbk.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6