UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

John D. DiCiurcio, Esq.
Keaveney Legal Group, LLC
3747 Church Road
Suite 103
Mount Laurel, NJ 08054
856-930-4545
Email: jdiciurcio@keaveneylegalgroup.com
Attorney for Debtors

Order Filed on December 17, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Michael T Laux
Denise M. Laux

Debtors

Case No.: 23-13122-CMG
Hearing Date: 12/17/2025
Chapter: 13
Judge: Christine M. Gravelle

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

Recommended Local Form:   ☒ Followed   ☐ Modified

The relief set forth on the following pages numbered two (2) and three (3), is **ORDERED**.

**DATED: December 17, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as _____36 Creek Road, Brick, NJ 08724_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Tina Frye, Coldwell Banker Realty |
| Amount to be paid: | $7,950.00 |
| Services rendered: | The marketing and listing of the property |
| AND | Alison L. Aaron, Esq. $1,500.00 Real estate attorney<br>Handling the closing of sale |

**OR**: ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $___100.00___ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

> The Debtors are authorized to purchase and close on their replacement homestead property.
>
> Payment of realtor commission is dependent upon an order of retention entered by the Court.

*rev.1/12/22*