UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

John D. DiCiurcio, Esq.
Keaveney Legal Group, LLC
3747 Church Road
Suite 103
Mount Laurel, NJ 08054
856-930-4545
Email: jdiciurcio@keaveneylegalgroup.com

Case No.: 23-13122-CMG

Chapter: 13

In Re:

Michael T Laux
Denise M. Laux

Adv. No.: _____

Hearing Date: _____

Judge: Christine M. Gravelle

# CERTIFICATION OF SERVICE

1. I, Amy J. Truss :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for John D. DiCiurcio, Esq., who represents Michael and Denise Laux in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On December 19, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Application to Retain Realtor
   Application to Retain Real Estate Attorney

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 12/19/2025                                   /s/ Amy J. Truss
                                                   Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nationstar Mortgage LLC<br>Attn: Bankruptcy Dept<br>Po Box 619096<br>Dallas, TX 75261-9741 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esq.<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Attorney for Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Millbrook Manor Condo Assoc.<br>Po Box 1669<br>Brick, NJ 08724 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael and Denise Laux<br>36 Creek Road<br>Brick, NJ 08724 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*