Office Mailing Address:

Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 23-13122 / CMG**

Michael T Laux
Denise M. Laux

Petition Filed Date: 04/14/2023
341 Hearing Date: 05/18/2023
Confirmation Date: 07/05/2023

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2025 | $1,109.00 | | 02/04/2025 | $1,109.00 | | 03/04/2025 | $1,109.00 | |
| 04/03/2025 | $1,109.00 | | 05/05/2025 | $1,109.00 | | 06/09/2025 | $1,109.00 | |
| 07/21/2025 | $1,109.00 | | 08/20/2025 | $1,109.00 | | 09/19/2025 | $1,109.00 | |
| 10/15/2025 | $1,109.00 | | 11/13/2025 | $1,108.00 | | 12/15/2025 | $1,108.00 | |
| 01/14/2026 | $1,108.00 | | | | | | | |

**Total Receipts for the Period: $14,414.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $36,470.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | Michael T Laux | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Christopher G. Cassie, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,200.00 | $3,200.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2021 | Priority Crediors | $85.84 | $0.00 | $85.84 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $486.71 | $0.00 | $486.71 |
| 3 | PREFERRED BEHAVIORAL HEALTH GROUP | Unsecured Creditors | $1,633.25 | $0.00 | $1,633.25 |
| 4 | JERSEY SHORE UNIV MEDICAL CENTER | Unsecured Creditors | $1,143.52 | $0.00 | $1,143.52 |
| 5 | OCEAN MEDICAL CENTER | Unsecured Creditors | $7,458.90 | $0.00 | $7,458.90 |
| 6 | NATIONSTAR MORTGAGE LLC<br>»» 36 CREEK RD/1ST MTG/ORDER 7/7/23 | Mortgage Arrears | $48,429.84 | $22,707.25 | $25,722.59 |
| 7 | Millbrook Manor Condominium Assoc.<br>»» 36 CREEK RD/ASSOC DUES/DJ-975-21 | Secured Creditors<br>Hold Funds: Notice of Reserve | $3,307.94 | $0.00 | $3,307.94 |
| 8 | Millbrook Manor Condominium Assoc.<br>»» 36 CREEK RD/ASSOC DUES/DJ-158366-19 | Secured Creditors<br>Hold Funds: Notice of Reserve | $4,704.32 | $0.00 | $4,704.32 |
| 0 | John D. DiCiurcio, Esq.<br>»» SUB OF ATTY 11/5/25 | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13122 / CMG**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $36,470.00 | Plan Balance: | $29,896.00 ** |
| Paid to Claims: | $25,907.25 | Current Monthly Payment: | $1,108.00 |
| Paid to Trustee: | $2,701.09 | Arrearages: | $1,088.00 |
| Funds on Hand: | $7,861.66 | Total Plan Base: | $66,366.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE***!  Register today at www.ndc.org or
scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**