UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)** .

| | |
|---|---|
| Mitchell Lee Chambers, Esq.<br>Keaveney Legal Group, LLC<br>3747 Church Road<br>Suite 103<br>Mount Laurel, NJ 08054<br>Phone 856-302-1778<br>Fax 856-282-1090<br>mchambers@keaveneylegalgroup.com | Case No:<br><br>Chapter:<br><br>Judge: |
| In Re:<br><br>Withdrawal of Appearance by John D. DiCiurcio in Various Open Cases and Entry of Appearance of Mitchell Lee Chambers in Various Open Cases | |

## NOTICE OF SUBSTITUTION OF ATTORNEY PURSUANT TO RULE 9010(B) AND REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2022

The undersigned notifies the Court that Mitchell Lee Chambers will be substituted as attorney of record for John D. DiCiurcio, Esq. in the attached list of cases:

Dated: 04/28/2026

_____

John D. DiCiurcio, Esq.
Signature of former Attorney

Dated: 4/28/2026

_____

Mitchell Lee Chambers, Esq.
Signature of substituted attorney

**EXHIBIT A**

Meggie A. Fasinski     19-20370-CMG

Patricia A. Zarin      21-17307-ABA

Roger A. Plew          22-10915-EJO

Stephanie Carol Mihalczo     22-12972-CMG

Thomas P. Carrigan     23-11037-CMG

Steven Ortiz           23-11321-ABA

Kevin Rodney Raines         23-11461-JNP

Michael T. Laux and Denise M. Laux        23-13122-CMG

Steven Ronald Veach, Jr.     23-14407-ABA

Richard Jonathon Gross      23-14901-JNP

Michael L. DeSandro and Diane DeSandro  23-15190-JNP

Michael F. D'Avanzo         23-18788-MBK

Brian Michael Antalosky     23-18856-JNP

Joseph W. Washington and Allison N. Washington 24-15334-EJO

Diane Marie Molluro         24-18152-ABA

Ralph Donald Graves, Jr.     24-18434-ABA

Bernard Charles Shine        24-22046-JNP

Ruthann Danyel Tarver       24-22153-EJO

Rasheeda M. Brown           25-10573-CMG

John Baptiste Trombetta, Jr. 25-11229-ABA

Carol-Ann Canavan Fitzsimmons    25-13945-EJO

Laurel P. Smith             25-14173-MBK

Rochele Vanessa Davis       25-16602-EJO

Maxie Legette, Jr. and Terry Dawn Legette  25-16854-JNP

Linda Jean Hankins          25-16927-JNP

Mary Ellen Traino        25-18167-MBK

Christopher J. Ebert      25-18236-MBK

Paul B. Makowski         25-19270-MBK

Kenneth Jospeph Carbone    25-19371-CMG

Kolu Mama Kromah         25-19706-MBK

Stephanie Francino Haynes   25-21813-MBK

Kathleen J. Doughtery      25-22359-EJO

Scott Howard Borsky        25-22234-ABA

Boynton R. Weekes         25-23043-MBK

Christian Joseph Williams    25-23044-CMG

Keomanivanh N. Inthavong   25-23084-ABA

Anita Roschen Lincavage     26-10636-ABA

Alfredo Sandoval          26-10695-MBK

Debra M. Murray          26-11209-EJO

Joseph James Pierce        26-11295-ABA

Patrick J. Flanagan        26-11716-MBK

Linda Jean Ritter         26-11943-EJO

Brian Jospeh Dobbins       26-12395-ABA

Kateava Yvette Gault       26-12635-ABA

Andre Marques Anderson     26-13374-CMG

Angela Marie Peters        26-13927-JNP

Lisa L. Williams          26-14443-EJO

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mitchell Lee Chambers, Esq.
Keaveney Legal Group, LLC
3747 Church Road
Suite 103
Mount Laurel, NJ 08054
Phone 856-302-1778
Fax 856-282-1090
mchambers@keaveneylegalgroup.com

Case No:

Chapter:

Judge:

In Re:

Withdrawal of Appearance by John D. DiCiurcio in
Various Open Cases and Entry of Appearance of
Mitchell Lee Chambers in Various Open Cases

### NOTICE OF SUBSTITUTION OF ATTORNEY PURSUANT TO RULE 9010(B) AND REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2022

The undersigned notifies the Court that Mitchell Lee Chambers will be substituted as
attorney of record for John D. DiCiurcio, Esq. in the attached list of cases:

Dated: 04/28/2026

_____
John D. DiCiurcio, Esq.
Signature of former Attorney

Dated: 4/28/2026

_____
Mitchell Lee Chambers, Esq.
Signature of substituted attorney

## EXHIBIT A

Meggie A. Fasinski    19-20370-CMG

Patricia A. Zarin     21-17307-ABA

Roger A. Plew      22-10915-EJO

Stephanie Carol Mihalczo    22-12972-CMG

Thomas P. Carrigan   23-11037-CMG

Steven Ortiz       23-11321-ABA

Kevin Rodney Raines     23-11461-JNP

Michael T. Laux and Denise M. Laux      23-13122-CMG

Steven Ronald Veach, Jr.    23-14407-ABA

Richard Jonathon Gross     23-14901-JNP

Michael L. DeSandro and Diane DeSandro  23-15190-JNP

Michael F. D'Avanzo     23-18788-MBK

Brian Michael Antalosky     23-18856-JNP

Joseph W. Washington and Allison N. Washington 24-15334-EJO

Diane Marie Molluro     24-18152-ABA

Ralph Donald Graves, Jr.    24-18434-ABA

Bernard Charles Shine    24-22046-JNP

Ruthann Danyel Tarver    24-22153-EJO

Rasheeda M. Brown     25-10573-CMG

John Baptiste Trombetta, Jr. 25-11229-ABA

Carol-Ann Canavan Fitzsimmons    25-13945-EJO

Laurel P. Smith      25-14173-MBK

Rochele Vanessa Davis     25-16602-EJO

Maxie Legette, Jr. and Terry Dawn Legette 25-16854-JNP

Linda Jean Hankins      25-16927-JNP

| Name | Case Number |
|---|---|
| Mary Ellen Traino | 25-18167-MBK |
| Christopher J. Ebert | 25-18236-MBK |
| Paul B. Makowski | 25-19270-MBK |
| Kenneth Jospeph Carbone | 25-19371-CMG |
| Kolu Mama Kromah | 25-19706-MBK |
| Stephanie Francino Haynes | 25-21813-MBK |
| Kathleen J. Doughtery | 25-22359-EJO |
| Scott Howard Borsky | 25-22234-ABA |
| Boynton R. Weekes | 25-23043-MBK |
| Christian Joseph Williams | 25-23044-CMG |
| Keomanivanh N. Inthavong | 25-23084-ABA |
| Anita Roschen Lincavage | 26-10636-ABA |
| Alfredo Sandoval | 26-10695-MBK |
| Debra M. Murray | 26-11209-EJO |
| Joseph James Pierce | 26-11295-ABA |
| Patrick J. Flanagan | 26-11716-MBK |
| Linda Jean Ritter | 26-11943-EJO |
| Brian Jospeh Dobbins | 26-12395-ABA |
| Kateava Yvette Gault | 26-12635-ABA |
| Andre Marques Anderson | 26-13374-CMG |
| Angela Marie Peters | 26-13927-JNP |
| Lisa L. Williams | 26-14443-EJO |