IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Mitchell L. Chambers, Esq.
Keaveney Legal Group, LLC
3747 Church Road
Suite 103
Mount Laurel, NJ 08054
856-930-4545
Fax : 856-282-1090
Email: mchambers@keaveneylegalgroup.com

**In re:**                                          Case No: 23-13122-CMG

Michael T. Laux                                     Chapter: 13
Denise M. Laux
Debtors                                             Judge:  Christine M. Gravelle

**AMENDED CERTIFICATE OF SERVICE**

1.  I, Amy J. Truss, secretary/paralegal to Mitchell L. Chambers Esq., who represents

    Michael T. Laux and Denise M. Laux, in this matter.

2.  On May 1, 2026, I sent a copy of the following pleadings and/or documents to the parties

    listed on the chart below:

    Debtor's Motion to Expunge Claim No 4; Notice of Motion; Proposed Order Granting
    Motion to Expunge Claim No 4

3.  I certify under penalty of perjury that the above documents were sent using the mode of

    service indicated.

    Dated: May 1, 2026                    /s/ Amy J. Truss
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐Hand-delivered<br>☐Regular mail<br>☐Certified mail / RR<br>☒Other NEF (Notice of Electronic Filing)<br>(As authorized by the Court of by rule. Cite the rule if applicable) |
| US Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐Hand-delivered<br>☐Regular mail<br>☐Certified mail / RR<br>☒Other NEF (Notice of Electronic Filing)<br>(As authorized by the Court of by rule. Cite the rule if applicable) |
| Matthew K. Fissell, Esq.<br>KML Law Group PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>bkgroup@kmllawgorup.com | Attorney for Secured Creditor | ☐Hand-delivered<br>☐Regular mail<br>☐Certified mail / RR<br>☒Other NEF (Notice of Electronic Filing)<br>(As authorized by the Court of by rule. Cite the rule if applicable) |
| Denise E. Carlon, Esq.<br>McCalla Raymer Leibert Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076<br>Denise.carlon@mccalla.com | Attorney for Secured Creditor | ☐Hand-delivered<br>☐Regular mail<br>☐Certified mail / RR<br>☒Other NEF (Notice of Electronic Filing)<br>(As authorized by the Court of by rule. Cite the rule if applicable) |
| Kristen Ottomanelli, Esq.<br>Celetano Stadtmauer & Walentowicz, LLP<br>1035 Route 46 East<br>Po Box 2594<br>Clifton, NJ 07015<br>julicni@csandlw-llp.com | Attorney for Creditor | ☐Hand-delivered<br>☐Regular mail<br>☐Certified mail / RR<br>☒Other NEF (Notice of Electronic Filing)<br>(As authorized by the Court of by rule. Cite the rule if applicable) |
| Michael and Denise Laux<br>56 Valley Stream Drive<br>Whiting, NJ 08759 | Debtors | ☐Hand-delivered<br>☒Regular mail<br>☐Certified mail / RR<br>☐Other NEF (Notice of Electronic Filing)<br>(As authorized by the Court of by rule. Cite the rule if applicable) |

| Ocean Medical Center Attn: Frank Citara 425 Jack Martin Blvd Brick, NJ 08724 | Registered Agent | ☐Hand-delivered<br>☒Regular mail<br>☐Certified mail / RR<br>☒Other Certified mail<br>(As authorized by the Court of by rule. Cite the rule if applicable) |
|---|---|---|
| Celentano, Stadtmauer & Walentowicz, LLP Attn Arnold L. Stadtmauer, Esq., Partner 1035 Route 46 East, Suite 208 Clifton, NJ 07015 | Managing Partner | ☐Hand-delivered<br>☒Regular mail<br>☐Certified mail / RR<br>☒Other Certified mail<br>(As authorized by the Court of by rule. Cite the rule if applicable) |