IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Mitchell Lee Chambers, Jr., Esq.
Keaveney Legal Group, LLC
3747 Church Road, Suite 103
Mount Laurel, NJ 08054
856-302-1778
Email: mchambers@keaveneylegalgroup.com
Attorney for Debtor

In Re:

Michael T. Laux

Denise M. Laux

Debtor

Case No:   23-13122-CMG

Chapter:  13

Judge:    Christine M. Gravelle

## NOTICE OF WITHDRAWAL OF CLAIM NO 6-1 OF MILLBROOK MANOR CONDOMINIUM ASSOCIATION, INC.

Please withdraw Claim No 6-1 of Millbrook Manor Condominium Association, Inc. filed by our office on July 3, 2023.

Date:   June 10, 2026

/s/ Mitchell Lee Chambers
Mitchell Lee Chambers, Esq.