UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

John D. DiCiurcio, Esq.
Keaveney Legal Group, LLC
3747 Church Road, Suite 103
Mount Laurel, NJ 08054
856-481-2098
Email: jdiciurcio@keaveneylegalgroup.com
Attorney for Debtors

*In Re:*

*Michael T. Laux*
*Denise M. Laux*

**Order Filed on June 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:   23-13122-CMG

Chapter:    13

Judge:      Christine M. Gravelle

## ORDER EXPUNGING CLAIMS OF OCEAN MEDICAL CENTER

The relief set forth on the following page is hereby, **ORDERED**

**DATED: June 24, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon consideration of Debtors' Motion and after notice and opportunity for hearing, it is hereby ORDERED and DECREED that:

1. The Motion is granted;

2. The claim, 4-1, filed by Ocean Medical Center in the amount of $7,458.90 shall be disallowed in its entirety.