UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

John D. DiCiurcio, Esq.
Keaveney Legal Group, LLC
3747 Church Road, Suite 103
Mount Laurel, NJ 08054
856-481-2098
Email: jdiciurcio@keaveneylegalgroup.com
Attorney for Debtors

*In Re:*

*Michael T. Laux*
*Denise M. Laux*

**Order Filed on June 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:   23-13122-CMG

Chapter:   13

Judge:   Christine M. Gravelle

## ORDER EXPUNGING CLAIMS OF OCEAN MEDICAL CENTER

The relief set forth on the following page is hereby, **ORDERED**

**DATED: June 24, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon consideration of Debtors' Motion and after notice and opportunity for hearing, it is hereby ORDERED and DECREED that:

1. The Motion is granted;

2. The claim, 4-1, filed by Ocean Medical Center in the amount of $7,458.90 shall be disallowed in its entirety.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 23-13122-CMG

Michael T Laux                                                                          Chapter 13

Denise M. Laux

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                                  User: admin                                                  Page 1 of 2

Date Rcvd: Jun 24, 2026                        Form ID: pdf903                                  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

**Recip ID**        **Recipient Name and Address**
db/jdb        Michael T Laux, Denise M. Laux, 56 Valley Stream Dr, Whiting, NJ 08759

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026                                  Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

**Name**        **Email Address**

Albert Russo
        docs@russotrustee.com

Albert Russo
        on behalf of Trustee Albert Russo docs@russotrustee.com

Matthew K. Fissel
        on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Matthew K. Fissel
        on behalf of Creditor Computershare Trust Company  N.A., not in its individual capacity but solely as Owner Trustee for NBE Asset Trust bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Mitchell Lee Chambers, Jr
        on behalf of Joint Debtor Denise M. Laux mchambers@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;25915@notices.nextchapterbk.com

Mitchell Lee Chambers, Jr
        on behalf of Debtor Michael T Laux mchambers@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;25915@notices.nextchapterbk.com

U.S. Trustee

District/off: 0312-3                              User: admin                                    Page 2 of 2
Date Rcvd: Jun 24, 2026                     Form ID: pdf903                             Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7