Form cscnodsc − ntccsclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 23−13122−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael T Laux
56 Valley Stream Dr
Whiting, NJ 08759

Denise M. Laux
aka Denise M. Raspatello
56 Valley Stream Dr
Whiting, NJ 08759

Social Security No.:
xxx−xx−0599 xxx−xx−4980

Employer's Tax I.D. No.:

---

**NOTICE OF CASE CLOSED WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☐ Joint debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☑ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: August 28, 2026
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 23-13122-CMG
Michael T Laux Chapter 13
Denise M. Laux
Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 3
Date Rcvd: Aug 28, 2026 Form ID: cscnodsc Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Michael T Laux, Denise M. Laux, 56 Valley Stream Dr, Whiting, NJ 08759 |
| aty | + | Alison Aaron, 703 Mill Creek Road, Suite E3, Manahawkin, NJ 08050-3804 |
| r | + | Donna M Smith, Keller Williams, 241 W 9th Street, Ship Bottom, NJ 08008-4614 |
| 519890887 | | Jersey Shore University Medical Center, 1945 NJ-33, Neptune, NJ 07753 |
| 519890883 | + | Mariner Finance, 6825 Tilton Road, Egg Harbor Township, NJ 08234-4408 |
| 519890888 | + | Millbrook Manor Condo Assoc., 1820 Lanes Mill Road, Brick, NJ 08724-1483 |
| 519962224 | + | Millbrook Manor Condominium Association, Inc., PO Box 1669, Brick, NJ 08723-1063 |
| 519890891 | + | Nancy A. Cifalino, Esq., Celentano, Stadmauer & Walentowicz, LLP, 1035 Route 46 East, Suite B208, Clifton, NJ 07013-2469 |
| 519890892 | + | Ocean Medical Center, 425 Jack Martin Blvd, Brick, NJ 08724-7732 |
| 519890893 | + | Preferred Behavior Health, 700 Airport Road, Po Box 2036, Lakewood, NJ 08701-8036 |
| 519906316 | + | Preferred Behavioral Health Group, POB 2036, Lakewood, NJ 08701-8036 |
| 519890894 | + | Raritan Bay Fcu, 495 Raritan St, Sayreville, NJ 08872-1466 |
| 519890898 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 28 2026 21:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 28 2026 21:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519890884 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 28 2026 21:50:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 521243052 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2026 21:49:00 | COMPUTERSHARE TRUST COMPANY, N.A., et. al., C/O Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741, COMPUTERSHARE TRUST COMPANY, N.A., et. a, C/O Rushmore Servicing 75261-9096 |
| 521243051 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2026 21:49:00 | COMPUTERSHARE TRUST COMPANY, N.A., et. al., C/O Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 519890885 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 28 2026 21:48:25 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 519890886 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 28 2026 21:50:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519890890 | | Email/Text: ml-ebn@missionlane.com | Aug 28 2026 21:48:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 519954261 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2026 21:49:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |

| | | | | |
|---|---|---|---|---|
| 520204671 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2026 21:49:00 | Nationstar Mortgage LLC, C/O Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 520204672 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2026 21:49:00 | Nationstar Mortgage LLC, C/O Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, C/O Rushmore Servicing |
| 519940369 | + | Email/Text: dlewis@csandw-llp.com | Aug 28 2026 21:50:00 | Ocean Medical Center, c/o Celentano, Stadtmauer & Walentowicz,, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 519940384 | + | Email/Text: dlewis@csandw-llp.com | Aug 28 2026 21:50:00 | Ocean Medical Center, c/o Celentano, Stadtmauer & Walentowicz,, 1035 Route 46 East, P.O. Box 2594, Clinton, NJ 07015-2594 |
| 519890895 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2026 21:49:00 | RightPath Servicing, Po Box 60516, City of Industry, CA 91716-0516 |
| 519890896 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 28 2026 21:49:00 | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695 |
| 519890897 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2026 21:47:42 | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519890899 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Aug 28 2026 21:48:06 | Wffnatbank, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 519940271 | + | Email/Text: dlewis@csandw-llp.com | Aug 28 2026 21:50:00 | c/o Celentano, Stadtmauer & Walentowicz, LLP, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015-2594 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519890889 | *+ | Millbrook Manor Condo Assoc., 1820 Lanes Mill Road, Brick, NJ 08724-1483 |
| 519940272 | *+ | c/o Celentano, Stadtmauer & Walentowicz, LLP, 1035 Route 46 East P.O. Box 2594, Clifton, NJ 07015-2594 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | |

| | |
|---|---|
| | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Matthew K. Fissel | on behalf of Creditor Computershare Trust Company N.A., not in its individual capacity but solely as Owner Trustee for NBE Asset Trust bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Mitchell Lee Chambers, Jr | on behalf of Joint Debtor Denise M. Laux mchambers@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;25915@notices.nextchapterbk.com |
| Mitchell Lee Chambers, Jr | on behalf of Debtor Michael T Laux mchambers@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;25915@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7